```
1  LAW OFFICE OF NORMAN NEWHOUSE
   NORMAN NEWHOUSE, No. 104746
2  483 Seaport Court, Suite 103
   Redwood City, CA 94063
3  Telephone: (650) 365-8534
   Facsimile:  (650) 365-1218
4
   Attorney for Plaintiff
5  GRANT C. WILSON
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| GRANT C. WILSON, an individual ) | Case No.: 1:07-CV-01235-LJO-DLB |
| ) | |
| Plaintiff, ) | **PLAINTFF GRANT WILSON AND** |
| ) | **DEFENDANT CITY OF MERCED'S** |
| v. ) | **STIPULATION AND ORDER** |
| ) | **RE: APPLICATON TO PLAINTIFF'S** |
| CITY OF MERCED, ET AL., ) | **REQUEST TO FILE FIRST AMENDED** |
| ) | **COMPLAINT** |
| Defendants. ) | |
| _____ ) | |

All defendants, by their attorney, Dale Allen, hereby stipulate that Plaintiff may amend his complaint to name in place and in stead of as DOE 1, the County of Merced as a Defendant in the above-captioned action.

DATE:        7/29/2008


  /s/ Dale Allen_____
DALE ALLEN
Attorney for Defendants CITY OF MERCED,
MERCED POLICE DEPARTMENT; MERCED
POLICE CHIEF, TONY DORESETTI

DATE:

   /s/ Norman Newhouse
NORMAN NEWHOUSE
Attorney for Plaintiff
GRANT C. WILSON


IT IS SO ORDERED.


Dated: **October 9, 2008**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

PLAINTIFF GRANT WILSON AND DEFENDANT CITY OF MERCED'S
STIPULATION AND [PROPOSED] ORDER RE: APPLICATION TO PLAINTIFF'S
REQUEST TO FILE FIRST AMENDED COMPLAINT