**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRANT C. WILSON,<br><br>            Plaintiff,<br>    vs.<br>CITY OF MERCED, et. al,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 07-1235 LJO DLB<br><br>**ORDER VACATING DATES AND**<br>**SETTING STATUS CONFERENCE** |

In light of the Court's order on the Motion for Summary Judgment as to the City of Merced and the Merced Police Department, the Court VACATES the November 13, 2008 pretrial conference and the December 15, 2008 trial.

The Court SETS a status conference for December 11, 2008 at 8:15 a.m. in Department 4. On October 9, 2008, plaintiff added the County of Merced as a party to this action. Therefore, at the status conference, plaintiff shall inform the Court of the status of service and how plaintiff intends to proceed in the case.

IT IS SO ORDERED.

**Dated:   October 27, 2008**                              **/s/ Lawrence J. O'Neill**
                                                                         UNITED STATES DISTRICT JUDGE