# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT C. WILSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF MERCED, et. al,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 07-1235 LJO DLB<br><br>**ORDER FOR DECLARATIONS REGARDING SERVICE OF PROCESS ON MERCED COUNTY** |

In this 42 U.S.C. § 1983 action alleging claims arising from plaintiff Grant Wilson's ("Mr. Wilson's") arrest and detention, Mr. Wilson was granted leave on October 9, 2008 to name Merced County as a Doe defendant to Mr. Wilson's July 6, 2007 first amended complaint. Despite having more than 70 days to do so, Mr. Wilson has filed no proof of service for Merced County, which has not appeared.

On the basis of good cause, this Court will DISMISS this action and VACATE the December 23, 2008 status conference, unless no later than 12 p.m. on December 22, 2008, Mr. Wilson files:

1. A declaration of his counsel, not paralegal, to explain in detail all action taken and the dates of such action to accomplish service of process on Merced County; and

2. A declaration of the process server of Mr. Wilson's counsel to explain how it lost or misplaced the service packet or otherwise failed to accomplish service of process on Merced County, as represented by the office of Mr. Wilson's counsel.

IT IS SO ORDERED.

**Dated:     December 18, 2008**　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1