IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT C. WILSON, | CASE NO. CV F 07-1235 LJO DLB |
| Plaintiff, | **ORDER VACATING DATES AND** |
| vs. | **SETTING STATUS CONFERENCE** |
| CITY OF MERCED, et. al, | |
| Defendants. / | |

This Court's December 18, 2008 order required plaintiff's counsel, no later than December 22, 2008, to file a declaration to address failure to accomplish service of process on defendant Merced County. The December 20, 2008 declaration of plaintiff's counsel explained that service of process on Merced County "had fallen through the cracks" and that no attempt had been made to serve Merced County with process. As such and on the basis of good cause, this Court:

1. VACATES the December 23, 2008 status conference; and
2. ORDERS plaintiff, no later than January 2, 2009, to file papers of proof of service of process on Merced County.

**This Court ADMONISHES plaintiff and his counsel that this Court with dismiss this action if plaintiff and/or his counsel fail to comply with this order and/or to prosecute diligently this action.**

IT IS SO ORDERED.

Dated:   **December 22, 2008**                   /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

1